# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**
Sarah Ann Owens
**SSN:** xxx−xx−4130

**Case No.** 25−41309−JJR13
**Chapter** 13

**Debtor(s)**

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

Notice is hereby given that a Trustee's Motion to Dismiss has been filed in this case. An evidentiary hearing will be held on **10/1/26** at **10:05 AM** in **Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201** to consider and act upon the motion and any response.

Notice is further given that if the Debtor or the Debtor's attorney fails to appear at this hearing, the trustee's motion may be granted without further notice.

**THE DEBTOR SHOULD IMMEDIATELY CONTACT DEBTOR'S ATTORNEY UPON RECEIPT OF THIS NOTICE AND INQUIRE ABOUT WHAT STEPS, IF ANY, MAY BE TAKEN TO AVOID DISMISSAL.**

**THERE ARE DEADLINES BY WHICH CERTAIN ACTIONS MUST BE TAKEN** if the Debtor or Debtor's attorney wish to negotiate a conditional denial order, move to modify the plan, or convert the case. If a settlement or other agreed disposition is not reached, attendance at the hearing is required by the Debtor, Debtor's attorney, and Trustee.

Dated: September 1, 2026

By:

William M. Tootle, Clerk
United States Bankruptcy Court

scg