# Notice Recipients

District/Off: 1126−1 User: admin Date Created: 9/1/2026
Case: 25−41309−JJR13 Form ID: van308 Total: 22

**Recipients of Notice of Electronic Filing:**
tr Linda Baker Gore noticetrustee@ch13gadsden.com
aty Carla M. Handy jpickle@bondnbotes.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Sarah Ann Owens 1000 Comer Avenue, Apt 5 Pell City, AL 35125
cr Atlas Acquisitions LLC 492C Cedar Lane, Ste 442 Teaneck, NJ 07666
cr Verizon by AIS InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118
11726211 Affirm, Inc. Attn: Bankruptcy 650 California St, Fl 12 San Francisco, CA 94108−2716
11726212 AllianceOne Receivables Management c/o Security Credit Services PO Box 1156 Oxford, MS 38655
11726213 Allstate Indemnity Co. c/o Credit Control Service 725 Canton Street Norwood, MA 02062
11761342 Atlas Acquisitions LLC on behalf of Security Credit Services LL 492C Cedar Lane, Ste 442 Teaneck, NJ 07666
11843700 Atlas Acquisitions LLC on behalf of Security Credit Services LL 492C Cedar Lane, Ste 442 Teaneck, NJ 07666
11726214 CashNetUSA Attn: Bankruptcy 175 West Jackson STE 1000 Chicago, IL 60604−0000
11726215 Eastman Credit Union Attn: Bankruptcy PO Box 1989 Kingsport, TN 37662
11726216 Elektrica Holdings Llc Attn: Bankruptcy 2604 Little Elm Trl Cedar Park, TX 78613−5257
11726217 Elektricia Holdings Llc c/o Chike Mbamali/Victory Legal 9741 N Lake Creek Pkwy, STE C−410 Austin, TX 78717
11726218 Enterprise Recovery Company Attn: Bankruptcy 301 Lacey St. West Chester, PA 19382
11726219 Enterprise Rent−A−Car Attn: Bankruptcy PO Box 801988 Kansas City, MO 64180
11726220 Harley Davidson Financial Attn: Bankruptcy PO Box 22048 Carson City, NV 89721−2048
11726221 Harley Davidson Financial Northstar Location Services 4285 Genesee St. Buffalo, NY 14225
11778438 Harley−Davidson Credit Corp. PO Box 9013 Addison, Texas 75001
11762310 Intercoastal Financial Llc 7954 Transit Rd #136X Williamsville, NY 14221
11726222 VCA Antech Inc. Care Club c/o Caine & Weiner 5805 Sepulveda Blvd 4th Floor Sherman Oaks, CA 91411
11772762 Verizon by AIS InfoSource LP as agent PO Box 4457 Houston, TX 77210−4457

TOTAL: 20