United States Bankruptcy Court
Northern District of Alabama

In re:
Sarah Ann Owens
Debtor

Case No. 25-41309-JJR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-1 | User: admin | Page 1 of 2
Date Rcvd: Sep 01, 2026 | Form ID: van308 | Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sarah Ann Owens, 1000 Comer Avenue, Apt 5, Pell City, AL 35125-1558 |
| 11726217 | + | Elektricia Holdings Llc, c/o Chike Mbamali/Victory Legal, 9741 N Lake Creek Pkwy, STE C-410, Austin, TX 78717-6213 |
| 11726218 | + | Enterprise Recovery Company, Attn: Bankruptcy, 301 Lacey St., West Chester, PA 19382-3727 |
| 11726221 | + | Harley Davidson Financial, Northstar Location Services, 4285 Genesee St., Buffalo, NY 14225-1943 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Sep 02 2026 03:22:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2026 03:36:40 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 11761342 | | Email/Text: bnc@atlasacq.com | Sep 02 2026 03:22:00 | Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 11726211 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 02 2026 03:36:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 11726212 | + | Email/Text: cs@securitycreditservicesllc.com | Sep 02 2026 03:23:00 | AllianceOne Receivables Management, c/o Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 11726213 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 02 2026 03:26:00 | Allstate Indemnity Co., c/o Credit Control Service, 725 Canton Street, Norwood, MA 02062-2609 |
| 11726214 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 02 2026 03:22:00 | CashNetUSA, Attn: Bankruptcy, 175 West Jackson STE 1000, Chicago, IL 60604-2863 |
| 11726215 | + | Email/Text: ecuasset@ecu.org | Sep 02 2026 03:24:00 | Eastman Credit Union, Attn: Bankruptcy, PO Box 1989, Kingsport, TN 37662-1989 |
| 11726219 | ^ | MEBN | Sep 02 2026 03:25:15 | Enterprise Rent-A-Car, Attn: Bankruptcy, PO Box 801988, Kansas City, MO 64180-1988 |
| 11726220 | | Email/Text: bankruptcy.notices@hdfsi.com | Sep 02 2026 03:25:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 11778438 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 02 2026 03:23:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

| | | | | |
|---|---|---|---|---|
| 11762310 | + | Email/Text: gbechakas@outlook.com | Sep 02 2026 03:23:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 11726222 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 02 2026 03:23:49 | VCA Antech Inc. Care Club, c/o Caine & Weiner, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411-2532 |
| 11772762 | | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2026 03:37:12 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11843700 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 11726216 | ## | Elektrica Holdings Llc, Attn: Bankruptcy, 2604 Little Elm Trl, Cedar Park, TX 78613-5257 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carla M. Handy | on behalf of Debtor Sarah Ann Owens jpickle@bondnbotes.com btaylor@bondandbotes.com;BondBotesHandyPC@jubileebk.net |
| Linda Baker Gore | noticetrustee@ch13gadsden.com noticetrustee@ch13gadsden.com |

TOTAL: 2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**
Sarah Ann Owens
**SSN:** xxx−xx−4130

**Debtor(s)**

**Case No.** 25−41309−JJR13
**Chapter** 13

# NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

Notice is hereby given that a Trustee's Motion to Dismiss has been filed in this case. An evidentiary hearing will be held on **10/1/26** at **10:05 AM** in **Room 307, Federal Courthouse, 1100 Gurnee Avenue, Anniston, AL 36201** to consider and act upon the motion and any response.

Notice is further given that if the Debtor or the Debtor's attorney fails to appear at this hearing, the trustee's motion may be granted without further notice.

**THE DEBTOR SHOULD IMMEDIATELY CONTACT DEBTOR'S ATTORNEY UPON RECEIPT OF THIS NOTICE AND INQUIRE ABOUT WHAT STEPS, IF ANY, MAY BE TAKEN TO AVOID DISMISSAL.**

**THERE ARE DEADLINES BY WHICH CERTAIN ACTIONS MUST BE TAKEN** if the Debtor or Debtor's attorney wish to negotiate a conditional denial order, move to modify the plan, or convert the case. If a settlement or other agreed disposition is not reached, attendance at the hearing is required by the Debtor, Debtor's attorney, and Trustee.

Dated: September 1, 2026

By:

William M. Tootle, Clerk
United States Bankruptcy Court

scg